**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF WYOMING

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Alliance Brew Gear Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Brewista, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1354819** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1133 West 27th St.**<br>**Cheyenne, WY 82001**<br>Number, Street, City, State & ZIP Code | **PO Box 4219**<br>**Cheyenne, WY 82003**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Laramie**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor      **Alliance Brew Gear Inc.**
            Name                                                        Case number (*if known*) _____

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___3352___

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Alliance Brew Gear Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Alliance Brew Gear Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2020**
MM / DD / YYYY

**X** /s/ Charles Gross                           Charles Gross
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Mark E. Macy                      Date  **September 10, 2020**
Signature of attorney for debtor                        MM / DD / YYYY

**Mark E. Macy 5-2651**
Printed name

**Macy Law Office**
Firm name

**217 W. 18th Street**
**Cheyenne, WY 82001**
Number, Street, City, State & ZIP Code

Contact phone   **307-632-4100**      Email address   **mark@macylaw.net**

**5-2651 WY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 10, 2020**          *X* **/s/ Charles Gross**
                                            Signature of individual signing on behalf of debtor

                                            **Charles Gross**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF WYOMING**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barista Magazine 4345 NE 72nd Ave. Portland, OR 97218** | | | | | | **$5,640.00** |
| **Caroba Plastics 3219 S. Platte River Dr. Englewood, CO 80110** | | | | | | **$3,195.00** |
| **DHL Express USA Inc. 16592 Collections Center Drive Chicago, IL 60693** | | | | | | **$4,845.07** |
| **Digital Mountain, Inc. 4633 Old Ironsides Drive Suite 401 Santa Clara, CA 95054** | | | | | | **$10,132.23** |
| **Espresso Supply, Inc. 6029 238th Street SE Suite 130 Woodinville, WA 98072** | | | | | | **$10,105.16** |
| **Eternal East (HK) Limited Flat 2, 25/F., Hong Kong Plaza 188 Connaught Road West, Hong Kong** | | **Claims for breach of contract and tortious interference in the amount of 4,747,485.65 and an additional amount to be determined at trial for trademark** | **Contingent Unliquidated Disputed** | | | **$4,747,485.65** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Alliance Brew Gear Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Globaltranz Enterprises, Inc. PO Box 203285 Dallas, TX 75320 | | | | | | **$8,166.46** |
| Hanson Bridgett, LLP 425 Market Street 26th Floor San Francisco, CA 94105 | | | | | | **$291,030.59** |
| Lienau Sales and Marketing, LLC PO Box 9423 Seattle, WA 98109 | | | | | | **$2,654.51** |
| NACM 910 SW Spokane St. Bld. A Seattle, WA 98134 | | | | | | **$4,655.83** |
| NSF International Dept. Lockbox #771380 Detroit, MI 48277 | | | | | | **$10,400.00** |
| Preeo, Silverman, Green & Egle, P.C. 6465 Greenwood Plaza Blvd. Suite 1025 Englewood, CO 80111 | | Legal representation in defending pending Smartco/Eternal East lawsuit. | | | | **$36,528.23** |
| Smartco International Asia Limited Hao Fang You Ran Ju #C/4D, Industry Rd#8 She Kou, Nan Shan, Shenzhen, GuangDong China, 518067 | | Claims for breach of contract and tortious interference in the amount of 4,747,485.65 and an additional amount to be determined at trial for trademark | Contingent Unliquidated Disputed | | | **$4,747,485.65** |
| U.S. Small Business Administration 409 3rd Street, SW Washington, DC 20416 | | EIDL Loan | | | | **$149,900.00** |
| Wyoming Bank & Trust 5827 West 27th Street Cheyenne, WY 82001 | | Revolving line of credit taken by Debtor and secured by property held by Alliance Brew Gear Proeprty Holdings LLC | | | | **$198,321.28** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Alliance Brew Gear Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wyoming Bank & Trust 5827 West 27th Street Cheyenne, WY 82001** | | **PPP Loan** | | | | **$101,700.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $     853,369.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $     853,369.36

### Part 2:    Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     10,332,245.66

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b     $     10,332,245.66

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Alliance Brew Gear Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF WYOMING |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Wyoming Bank and Trust Account** | **Checking** | **0543** | **$92,762.38** |
|---|---|---|---|---|

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                        | **$92,762.38** |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| 8.1. | **American Hallmark Insurance - Annual premium of $5,487 paid on July 29** | **$5,029.75** |
|---|---|---|

9.      **Total of Part 2.**                                                                                        | **$5,029.75** |
        Add lines 7 through 8. Copy the total to line 81.

| Debtor | **Alliance Brew Gear Inc.** | Case number *(If known)* | |
|--------|------------------------------|--------------------------|--|
| | Name | | |

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:     **32,373.33** - **0.00** = ....     **$32,373.33**
   face amount     doubtful or uncollectible accounts

11b. Over 90 days old:     **20,777.90** - **0.00** =....     **$20,777.90**
   face amount     doubtful or uncollectible accounts

12.     **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$53,151.23**

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39.     **Office furniture** | | | |
| **Desk and chairs (3); video recording system; telephone system; display booths; snap panels** | **$14,657.00** | cost basis | **$14,657.00** |
| 40.     **Office fixtures** | | | |
| 41.     **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Desktop computers (4); laptops (5); other** | **$14,128.00** | Cost basis | **$14,128.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Alliance Brew Gear Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**computers (2); server (1)**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.
       $28,785.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Various machinery and equipment. See attachment.** | $673,632.00 | Cost basis | $673,632.00 |

51.   **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.
       $673,632.00

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

| Debtor | **Alliance Brew Gear Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** alliancebrewgear.com | **$9.00** | cost basis | **$9.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$9.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Alliance Brew Gear Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Counterclaims in Smartco International (Asia) Limited
and Eternal East (HK) Limited in Case No.
8:20-cv-00626-RGK-AFM.**

**Unknown**

**Nature of claim**

**Amount requested**                    $0.00

---

75.     **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.     **Total of Part 11.**

|  |
|---|
| $0.00 |

Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Alliance Brew Gear Inc.** | Case number *(If known)* |
|--------|------------------------------|---------------------------|
|        | Name                         |                           |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92,762.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,029.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $53,151.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $28,785.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $673,632.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $9.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $853,369.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $853,369.36 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# 2020 Book Depreciation Schedule

**Brewista Inc**

| 12/31/20 | | | Page 1 |
|---|---|---|---|
| Client CBG004 | | | 47-1354819 |
| 8/21/20 | | | 10:17AM |

Form 1120

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/Bonus/Sp. Depr. | Prior Dec. Bal. Depr. | Salvage/Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Auto / Transport Equipment | | | | | | | | | | | | | | | |
| 1 | 2017 Mercedes SUV GWG170 | 6/25/14 | | 47,500 | | | | | | | 47,500 | 47,500 | S/L HY | 5 | 5 | 0 |
| 7 | Regis-Setee for SUV | 11/10/14 | | 9,500 | | | | | | | 9,500 | 9,500 | S/L HY | 5 | | 0 |
| 10 | 2014 T&C Van VIN71600 | 9/12/15 | | 30,204 | | | | | | | 30,204 | 29,729 | S/L MQ | 5 | .12500 | 0 |
| | Total Auto / Transport Equipment | | | 87,070 | | | | | | | 87,070 | 77,000 | | | | 0 |
| | Computer | | | | | | | | | | | | | | | |
| 2 | Computer | 12/01/14 | | 1,039 | | | 0 | 0 | 0 | 0 | 1,039 | 1,039 | S/L | 5 | 5 | 0 |
| 3 | 4 Dell Desktop Computers | 6/27/15 | | 5,320 | | | | | | | 5,320 | 4,921 | S/L | 5 | .07500 | 399 |
| 46 | ioSafe Server (LAN) | 6/28/16 | | 1,589 | | | | | | | 1,589 | 1,314 | 200DB HY | 5 | .11520 | 183 |
| 52 | Laptop-C. Krause | 8/31/17 | | 1,665 | | | | | | | 1,665 | 833 | S/L HY | 5 | .20000 | 333 |
| 57 | Laptop-Josh Smith | 11/30/17 | 3/31/20 | 919 | | | | | | | 919 | 654 | 200DB HY | 5 | .11520 | 53 |
| 58 | Laptop-Engineering Team | 12/28/17 | | 650 | | | | | | | 650 | 463 | 200DB HY | 5 | .11520 | 75 |
| 60 | Laptop-Brian's Office | 4/30/18 | | 1,045 | | | | | | | 1,045 | 543 | 200DB HY | 5 | .19200 | 201 |
| 63 | Laptop-David Charging | 6/30/18 | | 407 | | | | | | | 407 | 211 | 200DB HY | 5 | .19200 | 78 |
| 71 | Computer for Video Making | 8/19/19 | | 1,494 | | | | | | | 1,494 | 299 | 200DB HY | 5 | .32000 | 478 |
| | Total Computer | | | 14,128 | | | 0 | 0 | 0 | 0 | 14,128 | 10,277 | | | | 1,800 |
| | Furniture and Fixtures | | | | | | | | | | | | | | | |
| 4 | 3 Desks & Chairs | 6/27/15 | | 1,395 | | | | | | | 1,395 | 921 | S/L MQ | 7 | .14290 | 199 |
| 6 | Video Recording System | 6/27/15 | | 1,400 | | | | | | | 1,400 | 1,295 | S/L MQ | 5 | .07500 | 105 |
| 8 | Telephone System | 9/24/15 | | 2,830 | | | | | | | 2,830 | 1,768 | S/L MQ | 7 | .14290 | 404 |
| 59 | Display Booths-Tradeshows | 2/01/18 | | 5,289 | | | | | | | 5,289 | 2,750 | 200DB HY | 5 | .19200 | 1,015 |

12/31/20

Client CBG004

8/21/20

## 2020 Book Depreciation Schedule

### Brewista Inc

Page 2

47-1354819

10:17AM

| No. | Description | Date Acquired | Date Sold | Cost/ Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Snap Panels | 1/31/20 | | 3,743 | | | | | | | 3,743 | | 200DB HY | 5 | .20000 | 749 |
| | **Total Furniture and Fixtures** | | | 14,657 | | 0 | 0 | 0 | 0 | 0 | 14,657 | 6,734 | | | | 2,472 |
| | **Improvements** | | | | | | | | | | | | | | | |
| 11 | Leasehold Improvements | 10/31/15 | | 4,185 | | | | | | | 4,185 | 1,151 | S/L | 15 | .06670 | 279 |
| 26 | Leasehold Improvements | 1/01/16 | | 1,316 | | | | | | | 1,316 | 405 | 150DB HY | 15 | .06930 | 91 |
| 27 | Bar/Kitchen Cabinets | 1/31/16 | | 917 | | | | | | | 917 | 282 | 150DB HY | 15 | .06930 | 64 |
| 28 | Leasehold Improvements | 2/29/16 | | 721 | | | | | | | 721 | 222 | 150DB HY | 15 | .06930 | 50 |
| 39 | Storage Pallet Racking | 4/22/16 | | 13,116 | | | | | | | 13,116 | 4,033 | 150DB HY | 15 | .06930 | 909 |
| 40 | Storage Pallet Racking | 5/05/16 | | 4,982 | | | | | | | 4,982 | 1,532 | 150DB HY | 15 | .06930 | 345 |
| 41 | Electrical work-Tool Room | 5/12/16 | | 21,349 | | | | | | | 21,349 | 6,564 | 150DB HY | 15 | .06930 | 1,479 |
| 47 | Kitchen Remodel | 11/30/16 | | 1,633 | | | | | | | 1,633 | 503 | 150DB HY | 15 | .06930 | 113 |
| 47 | F/P Manufacturing Room | 11/13/16 | | 14,012 | | | | | | | 14,012 | 4,309 | 150DB HY | 15 | .06930 | 971 |
| 48 | Wiring for Air Compressor | 8/07/17 | | 3,716 | | | | | | | 3,716 | 857 | 150DB HY | 15 | .07700 | 286 |
| 62 | Tool Room | 5/17/18 | | 142,935 | | | | | | | 142,935 | 20,726 | 150DB HY | 15 | .08550 | 12,221 |
| | **Total Improvements** | | | 208,882 | | 0 | 0 | 0 | 0 | 0 | 208,882 | 40,584 | | | | 16,808 |
| | **Machinery and Equipment** | | | | | | | | | | | | | | | |
| 5 | 2-Epilog Fusion Lasers | 6/11/15 | | 71,820 | | | | | | | 71,820 | 66,434 | S/L MQ | 5 | .07500 | 5,386 |
| 12 | Cutting Tool | 11/30/15 | | 1,276 | | | | | | | 1,276 | 1,052 | S/L MQ | 5 | .17500 | 224 |
| 13 | Sandblast Syst. Cyclone | 12/30/15 | | 1,059 | | | | | | | 1,059 | 874 | S/L MQ | 5 | .17500 | 185 |
| 14 | 4-54" Individ Workstation | 12/30/15 | | 3,320 | | | | | | | 3,320 | 2,739 | S/L MQ | 5 | .17500 | 581 |
| 15 | 1HP Jet Bench Fin Mach. | 12/30/15 | | 1,076 | | | | | | | 1,076 | 887 | S/L MQ | 5 | .17500 | 189 |
| 16 | 1HP Vertical Bandsaw | 12/30/15 | | 2,602 | | | | | | | 2,602 | 2,145 | S/L MQ | 5 | .17500 | 457 |
| 17 | 1HP Bandsaw | 12/30/15 | | 1,224 | | | | | | | 1,224 | 1,011 | S/L MQ | 5 | .17500 | 213 |

**2020 Book Depreciation Schedule**

Brewista Inc

Page 3

47-1354819

10:17AM

12/31/20

Client CBG004

8/21/20

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus. Pct. | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Electric Air Compressor | 12/30/15 | | 1,976 | | | | | | | 1,976 | 1,628 | S/L MQ | 5 | .17500 | 347 |
| 19 | Precision Surface Grinder | 12/30/15 | | 14,678 | | | | | | | 14,678 | 8,549 | S/L MQ | 7 | .14290 | 2,097 |
| 20 | CNC Bridgeport Fagor Mill | 12/30/15 | | 33,447 | | | | | | | 33,447 | 19,711 | S/L MQ | 7 | .14290 | 4,780 |
| 21 | Gear-Head Engine Lathe | 12/30/15 | | 15,831 | | | | | | | 15,831 | 9,229 | S/L MQ | 7 | .14290 | 2,262 |
| 22 | Vari-Drive Mill Machine | 12/30/15 | | 20,176 | | | | | | | 20,176 | 11,889 | S/L MQ | 7 | .14290 | 2,883 |
| 23 | Jet Floor Drill Press | 12/30/15 | | 1,171 | | | | | | | 1,171 | 965 | S/L MQ | 7 | .17500 | 206 |
| 29 | Printer C224e | 1/01/16 | | 1,466 | | | | | | | 1,466 | 1,212 | 200DB HY | 5 | .17500 | 169 |
| 30 | Auto Floor Scrubber | 1/01/16 | | 2,417 | | | | | | | 2,417 | 1,998 | 200DB HY | 5 | .11520 | 278 |
| 31 | Welding System | 2/16/16 | | 2,246 | | | | | | | 2,246 | 1,858 | 200DB HY | 5 | .11520 | 259 |
| 32 | Pitcher Hubs | 2/24/16 | | 1,950 | | | | | | | 1,950 | 1,613 | 200DB HY | 5 | .11520 | 225 |
| 33 | 480CFM 1-1/2HP Jet Dust C | 3/28/16 | | 1,274 | | | | | | | 1,274 | 1,055 | 200DB HY | 5 | .11520 | 147 |
| 34 | Lab Inspection Tool Chest | 3/31/16 | | 782 | | | | | | | 782 | 646 | 200DB HY | 5 | .11520 | 90 |
| 35 | 1,000 lb Hydraulic Table | 3/31/16 | | 279 | | | | | | | 279 | 231 | 200DB HY | 5 | .11520 | 32 |
| 42 | 6 Packing Tables | 5/31/16 | | 508 | | | | | | | 508 | 422 | 200DB HY | 5 | .11520 | 59 |
| 43 | 4 Hand Sealers-Paper Mfg. | 5/31/16 | | 766 | | | | | | | 766 | 633 | 200DB HY | 5 | .11520 | 88 |
| 44 | 2-96&36 Steel Pkg Tables | 4/20/16 | | 869 | | | | | | | 869 | 719 | 200DB HY | 5 | .11520 | 100 |
| 45 | 96&36 Wood Pkg Table | 4/20/16 | | 435 | | | | | | | 435 | 360 | 200DB HY | 5 | .11520 | 50 |
| 49 | Pallet Racks | 11/15/16 | | 4,666 | | | | | | | 4,666 | 3,860 | 200DB HY | 5 | .11520 | 538 |
| 50 | Auto Paper Filter Machine | 8/02/17 | | 137,057 | | | | | | | 137,057 | 68,528 | 200DB HY | 5 | .20000 | 27,411 |
| 54 | Crane for lifting paper | 9/30/17 | | 924 | | | | | | | 924 | 658 | 200DB HY | 5 | .11520 | 106 |
| 55 | Bendi Forklift | 11/16/17 | | 22,489 | | | | | | | 22,489 | 16,012 | 200DB HY | 5 | .11520 | 2,591 |
| 56 | CAD Software-CNC Mill | 11/30/17 | | 3,450 | | | | | | | 3,450 | 2,456 | 200DB HY | 5 | .11520 | 397 |
| 72 | Tooling-Altior Ind. | 10/07/19 | | 4,500 | | | | | | | 4,500 | 900 | 200DB HY | 5 | .32000 | 1,440 |
| | Total Machinery and Equipment | | | 355,734 | | 0 | 0 | 0 | 0 | 0 | 355,734 | 230,475 | | | | 53,790 |

# 2020 Book Depreciation Schedule

**Brewista Inc**

Page 4

47-1354819

10:17AM

Client CBG004

8/21/20

| No. | Description | Date Acquired | Date Sold | Cost/Basis | Bus Pct | Cur 179 Bonus | Special Depr. Allow. | Prior 179/ Bonus/ Sp. Depr. | Prior Dec. Bal. Depr. | Salvage /Basis /Reductn | Depr. Basis | Prior Depr. | Method | Life | Rate | Current Depr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Tooling** | | | | | | | | | | | | | | | |
| 9 | Tooling (Denver Plastics) | 9/30/15 | | 57,000 | | | | | | | 57,000 | 49,875 | S/L MQ | 5 | .12500 | 7,125 |
| 24 | PortaFilter Tooling (ATC) | 12/18/15 | | 19,450 | | | | | | | 19,450 | 16,046 | S/L MQ | 5 | .17500 | 3,404 |
| 25 | Tooling-Engraving Support | 12/14/15 | | 955 | | | | | | | 955 | 788 | S/L MQ | 5 | .17500 | 167 |
| 36 | Printing Plate | 1/31/16 | | 701 | | | | | | | 701 | 580 | 200DB HY | 5 | .11520 | 81 |
| 37 | Cutting Die | 1/31/16 | | 1,031 | | | | | | | 1,031 | 853 | 200DB HY | 5 | .11520 | 119 |
| 38 | Printing Plane | 1/31/16 | | 524 | | | | | | | 524 | 434 | 200DB HY | 5 | .11520 | 60 |
| 51 | Tooling - Plasticology | 6/07/17 | | 37,086 | | | | | | | 37,086 | 18,543 | 200DB HY | 5 | .20000 | 7,417 |
| 61 | Tooling-Deline Box | 4/30/18 | | 2,352 | | | | | | | 2,352 | 1,223 | 200DB HY | 5 | .19200 | 452 |
| 64 | Tooling 4.0 Gal Cold Pro | 1/31/18 | | 75,400 | | | | | | | 75,400 | 39,208 | 200DB HY | 5 | .19200 | 14,477 |
| 65 | Plasticology Tooling | 7/31/18 | | 7,909 | | | | | | | 7,909 | 4,113 | 200DB HY | 5 | .19200 | 1,519 |
| 66 | Tooling | 9/01/18 | | 3,600 | | | | | | | 3,600 | 1,872 | 200DB HY | 5 | .19200 | 691 |
| 67 | Tooling | 10/01/18 | | 7,200 | | | | | | | 7,200 | 3,744 | 200DB HY | 5 | .19200 | 1,382 |
| 68 | Tooling-Cold Pro Jr. | 1/24/19 | | 93,620 | | | | | | | 93,620 | 18,724 | 200DB HY | 5 | .32000 | 29,958 |
| 69 | Tooling-Brewista Scale | 5/03/19 | | 5,270 | | | | | | | 5,270 | 1,054 | 200DB HY | 5 | .32000 | 1,686 |
| 70 | Tooling-BrewSmart Scale | 5/03/19 | | 5,800 | | | | | | | 5,800 | 1,160 | 200DB HY | 5 | .32000 | 1,856 |
| | **Total Tooling** | | | 317,898 | | | | | | | 317,898 | 158,217 | | | | 70,394 |
| | **Total Depreciation** | | | 992,375 | | 0 | 0 | 0 | 0 | 0 | 992,375 | 523,588 | | | | 149,039 |
| | **Grand Total Depreciation** | | | 992,375 | | 0 | 0 | 0 | 0 | 0 | 992,375 | 523,588 | | | | 149,039 |
| | Depreciation Assets Sold | | | 919 | | 0 | 0 | 0 | 0 | 0 | 919 | 654 | | | | 53 |
| | Depr Remaining Assets | | | 991,456 | | 0 | 0 | 0 | 0 | 0 | 991,456 | 522,934 | | | | 148,986 |

**Fill in this information to identify the case:**

Debtor name    **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:  DISTRICT OF WYOMING

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,640.00 |
|---|---|---|---|
| | **Barista Magazine**<br>**4345 NE 72nd Ave.**<br>**Portland, OR 97218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was<br>incurred  9/29/19; 11/27/19; 1/29/20 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,195.00 |
|---|---|---|---|
| | **Caroba Plastics**<br>**3219 S. Platte River Dr.**<br>**Englewood, CO 80110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/26/2020 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,845.07 |
|---|---|---|---|
| | **DHL Express USA Inc.**<br>**16592 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/26/20; 3/11/20;<br>3/18/20; 3/19/20; 4/8/20; 8/12/20 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,132.23 |
|---|---|---|---|
| | **Digital Mountain, Inc.**<br>**4633 Old Ironsides Drive**<br>**Suite 401**<br>**Santa Clara, CA 95054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  6/30/20; 7/31/20 | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Alliance Brew Gear Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,105.16** |
|---|---|---|---|

**Espresso Supply, Inc.**
**6029 238th Street SE**
**Suite 130**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/19

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,747,485.65** |
|---|---|---|---|

**Eternal East (HK) Limited**
**Flat 2, 25/F., Hong Kong Plaza**
**188 Connaught Road West, Hong Kong**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Claims for breach of contract and tortious interference in the amount of 4,747,485.65 and an additional amount to be determined at trial for trademark infringement.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,166.46** |
|---|---|---|---|

**Globaltranz Enterprises, Inc.**
**PO Box 203285**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/19; 1/2/20; 1/4/20; 1/7/20; 1/9/20; 1/10/20; 1/15/20; 1/31/20; 2/7/20

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$291,030.59** |
|---|---|---|---|

**Hanson Bridgett, LLP**
**425 Market Street**
**26th Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/10/20; 7/10/20; 7/31/20

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,654.51** |
|---|---|---|---|

**Lienau Sales and Marketing, LLC**
**PO Box 9423**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/20; 7/1/20; 8/1/20; 9/1/20

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,655.83** |
|---|---|---|---|

**NACM**
**910 SW Spokane St. Bld. A**
**Seattle, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/20

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,400.00** |
|---|---|---|---|

**NSF International**
**Dept. Lockbox #771380**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/26/2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Alliance Brew Gear Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Preeo, Silverman, Green & Egle, P.C.**
**6465 Greenwood Plaza Blvd.**
**Suite 1025**
**Englewood, CO 80111**

Date(s) debt was incurred  **4/28/20; 5/27/20; 6/29/20; 7/10/20**

Last 4 digits of account number  **501M**

As of the petition filing date, the claim is: *Check all that apply.*    **$36,528.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal representation in defending pending Smartco/Eternal East lawsuit.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Smartco International Asia Limited**
**Hao Fang You Ran Ju #C/4D, Industry Rd#8**
**She Kou, Nan Shan, Shenzhen, GuangDong**
**China, 518067**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,747,485.65**

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **Claims for breach of contract and tortious interference in the amount of 4,747,485.65 and an additional amount to be determined at trial for trademark infringement.**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

**U.S. Small Business Administration**
**409 3rd Street, SW**
**Washington, DC 20416**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$149,900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EIDL Loan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Wyoming Bank & Trust**
**5827 West 27th Street**
**Cheyenne, WY 82001**

Date(s) debt was incurred  _

Last 4 digits of account number  **9724**

As of the petition filing date, the claim is: *Check all that apply.*    **$198,321.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving line of credit taken by Debtor and secured by property held by Alliance Brew Gear Proeprty Holdings LLC**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Wyoming Bank & Trust**
**5827 West 27th Street**
**Cheyenne, WY 82001**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$101,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 10,332,245.66 |

| Debtor | **Alliance Brew Gear Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **10,332,245.66**

**Fill in this information to identify the case:**

Debtor name    **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for commercial property located at 1133 West 27th Street, Cheyenne, WY 82001 month-to-month**<br><br>**Alliance Brew Gear Property Holdings LLC<br>PO Box 1989<br>Cheyenne, WY 82003** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Alliance Brew Gear Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF WYOMING |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alliance Brew Gear II Inc.** | **1133 West 27th Street Cheyenne, WY 82001** | **Preeo, Silverman, Green & Egle, P.C.** | ☐ D _____ <br> ■ E/F ___3.12___ <br> ☐ G _____ |
| 2.2 | **Charles Brian Green** | **1401 Scenic Ridge Drive Cheyenne, WY 82009** | **Smartco International Asia Limited** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Charles Brian Gross** | **1401 Scenic Ridge Drive Cheyenne, WY 82009** | **Eternal East (HK) Limited** | ☐ D _____ <br> ■ E/F ___3.6___ <br> ☐ G _____ |
| 2.4 | **Charles Brian Gross** | **1401 Scenic Ridge Drive Cheyenne, WY 82009** | **Smartco International Asia Limited** | ☐ D _____ <br> ■ E/F ___3.13___ <br> ☐ G _____ |
| 2.5 | **Charles Brian Gross** | **1401 Scenic Ridge Drive Cheyenne, WY 82003** | **Preeo, Silverman, Green & Egle, P.C.** | ☐ D _____ <br> ■ E/F ___3.12___ <br> ☐ G _____ |

| Debtor | **Alliance Brew Gear Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Smart Associates Inc.** | **1133 West 27th Street Cheyenne, WY 82001** | **Smartco Internationational (Asia) Limite** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Smart Associates Inc.** | **1133 West 27th Street Cheyenne, WY 82001** | **Eternal East (HK) Limited** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.8 | **Smart Associates Inc.** | **1133 West 27th Street Cheyenne, WY 82001** | **Smartco International Asia Limited** | ☐ D _____ <br> ■ E/F __3.13__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Alliance Brew Gear Inc.**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$653,276.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,971,761.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,504,156.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Alliance Brew Gear Inc.**                                            Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ahlstrom-Munksjo** **PO Box 200005** **Pittsburgh, PA 15251** | 8/31/2020 | $13,384.44 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **NTM Inc.** **113 Railroad Street** **Elroy, WI 53929** | 8/1/2020 | $19,425.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Holzer, Patel, Drennan P.C.** **216 16th Street** **Suite 1350** **Denver, CO 80202** | 7/28/2020 | $6,775.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Hanson Bridgett, LLP** **425 Market Street** **26th Floor** **San Francisco, CA 94105** | 7/1/2020 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Charles Gross** **1133 West 27th St.** **Cheyenne, WY 82001** **Owner** | **9/5/19; 10/4/19; 11/5/19; 12/5/19; 1/3/20; 2/5/20; 3/5/20; 4/3/20; 5/5/20; 6/5/20; 7/3/20; 8/5/20; 9/4/20** | $70,500.06 | **Salary** |

Debtor    **Alliance Brew Gear Inc.**

Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Charles Gross** **1133 West 27th St.** **Cheyenne, WY 82001** **Owner** | **10/4/19; 11/5/19; 12/5/19; 1/3/20; 2/5/20; 3/5/20; 4/3/20; 5/5/20; 6/5/20; 7/3/20; 8/5/20; 9/4/20** | **$32,672.14** | **Expense reimbursements** |
| 4.3. **Alliance Brew Gear Property Holdings LLC** **PO Box 1989** **Cheyenne, WY 82003** **Related company** | **10/1/19; 11/5/19; 12/2/19; 1/1/20; 2/1/20; 2/18/20; 3/31/20; 4/1/20; 5/1/20; 6/1/20; 7/1/20; 8/1/20** | **$74,399.00** | **Monthly rent payments for lease of commercial property located at 1133 West 27th Street, Cheyenne, WY 82001** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Smartco International (Asia) Limited and Eternal East (HK) Limited v. Smart Associates, Inc., Charles Brian Green, and Brewista, Inc.** **8:20-cv-00626-RGK-AFM** | **Breach of Fiduciary Duty** | **Central District Court of California 300 East Green Street Pasadena, CA 91101** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | Alliance Brew Gear Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy, P.C. <br> 2580 West Main Street <br> Suite 200 <br> Littleton, CO 80120** | | **July 14, 2020 and August 3, 2020** | **$24,217.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Macy Law Office, P.C. <br> 217 West 18th Street <br> Cheyenne, WY 82001** | | **September 3, 2020** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Alliance Brew Gear Inc. | Case number *(if known)* | |

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

| Debtor | **Alliance Brew Gear Inc.** | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Alliance Brew Gear Inc. | Case number *(if known)* |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Wanda Dwyer**<br>**420 Sierra College Drive, Suite 360**<br>**PO Box 1797**<br>**Grass Valley, CA 95945** | **Jan 2019 - June 2020** |
| 26a.2.    **Brian Berger**<br>**420 Sierra College Drive, Suite 360**<br>**PO Box 1797**<br>**Grass Valley, CA 95945** | **May 2020 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Scinto Group, LLP**<br>**420 Sierra College Drive**<br>**Suite 360**<br>**PO Box 1797**<br>**Grass Valley, CA 95945** | **2014- Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Alliance Brew Gear Inc.**                                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Scinto Group, LLP**<br>**420 Sierra College Drive, Suite 360**<br>**PO Box 1797**<br>**Grass Valley, CA 95945** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Wyoming Bank & Trust**<br>**5827 Yellowstone Road**<br>**Cheyenne, WY 82009** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Charles Gross** | **1133 West 27th St.**<br>**Cheyenne, WY 82001** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Charles Brian Gross**<br>**1401 Scenic Ridge Drive**<br>**Cheyenne, WY 82003** | **See SOFA #4** | | |
| **Relationship to debtor**<br>**Owner** | | | |

| Debtor | Alliance Brew Gear Inc. | Case number *(if known)* |
|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Alliance Brew Gear Property Holdings LLC**<br>**PO Box 1989**<br>**Cheyenne, WY 82003** | **See SOFA #4** | | |
| | Relationship to debtor<br>**Related Company** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **September 10, 2020**

**/s/ Charles Gross**                                              **Charles Gross**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Wyoming

In re   **Alliance Brew Gear Inc.**                                                    Case No. _____

_____
Debtor(s)                                                                          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                               |     |          |
|---------------------------------------------------------------|-----|----------|
| For legal services, I have agreed to accept                   | $   | **5,000.00** |
| Prior to the filing of this statement I have received         | $   | **5,000.00** |
| Balance Due                                                   | $   | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
          reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
          522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 10, 2020**
_____
*Date*

/s/ Mark E. Macy
_____
**Mark E. Macy 5-2651**
*Signature of Attorney*
**Macy Law Office
217 W. 18th Street
Cheyenne, WY 82001
307-632-4100  Fax: 307-632-8100
mark@macylaw.net**
_____
*Name of law firm*

---

# United States Bankruptcy Court
### District of Wyoming

In re __Alliance Brew Gear Inc.__ _____    Case No. _____
                                         Debtor(s)    Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles Gross**<br>**1133 West 27th St.**<br>**Cheyenne, WY 82001** | | | **100% owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **September 10, 2020** _____    Signature    **/s/ Charles Gross** _____
                                                      **Charles Gross**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Wyoming

In re   **Alliance Brew Gear Inc.**            Case No. _____

                       Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 10, 2020**                 **/s/ Charles Gross**
                                            **Charles Gross**/**President**
                                            Signer/Title

Alliance Brew Gear II Inc.
1133 West 27th Street
Cheyenne, WY 82001


Alliance Brew Gear Property Holdings LLC
PO Box 1989
Cheyenne, WY 82003


Barista Magazine
4345 NE 72nd Ave.
Portland, OR 97218


Caroba Plastics
3219 S. Platte River Dr.
Englewood, CO 80110


Charles Brian Green
1401 Scenic Ridge Drive
Cheyenne, WY 82009


Charles Brian Gross
1401 Scenic Ridge Drive
Cheyenne, WY 82009


Charles Brian Gross
1401 Scenic Ridge Drive
Cheyenne, WY 82003


DHL Express USA Inc.
16592 Collections Center Drive
Chicago, IL 60693


Digital Mountain, Inc.
4633 Old Ironsides Drive
Suite 401
Santa Clara, CA 95054

Espresso Supply, Inc.
6029 238th Street SE
Suite 130
Woodinville, WA 98072


Eternal East (HK) Limited
Flat 2, 25/F., Hong Kong Plaza
188 Connaught Road West, Hong Kong


Globaltranz Enterprises, Inc.
PO Box 203285
Dallas, TX 75320


Hanson Bridgett, LLP
425 Market Street
26th Floor
San Francisco, CA 94105


Lienau Sales and Marketing, LLC
PO Box 9423
Seattle, WA 98109


NACM
910 SW Spokane St. Bld. A
Seattle, WA 98134


NSF International
Dept. Lockbox #771380
Detroit, MI 48277


Preeo, Silverman, Green & Egle, P.C.
6465 Greenwood Plaza Blvd.
Suite 1025
Englewood, CO 80111


Smart Associates Inc.
1133 West 27th Street
Cheyenne, WY 82001

Smart Associates Inc.
1133 West 27th Street
Cheyenne, WY 82001


Smart Associates Inc.
1133 West 27th Street
Cheyenne, WY 82001


Smartco International Asia Limited
Hao Fang You Ran Ju #C/4D, Industry Rd#8
She Kou, Nan Shan, Shenzhen, GuangDong
China, 518067


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416


Wyoming Bank & Trust
5827 West 27th Street
Cheyenne, WY 82001

# United States Bankruptcy Court
## District of Wyoming

In re    **Alliance Brew Gear Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alliance Brew Gear Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2020**

Date

**/s/ Mark E. Macy**

**Mark E. Macy 5-2651**

Signature of Attorney or Litigant

Counsel for    **Alliance Brew Gear Inc.**

**Macy Law Office**
**217 W. 18th Street**
**Cheyenne, WY 82001**
**307-632-4100 Fax:307-632-8100**
**mark@macylaw.net**